IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00200-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| XAVIER TWANNE HARDIN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon another motion of the defendant pro se for a sentence reduction under 18 U.S.C. § 3582. (Doc. No. 78).

The Court denied the defendant's previous motions for a sentence reduction under § 3582, (Doc. Nos. 67, 68), and found that his efforts to rehabilitate himself through completing educational and substance abuse programs were offset by the danger the defendant would pose to the community upon his release, (Doc. No. 73: Order at 5). The information in the instant motion and letter, (Doc. No. 79), is insufficient to overcome the Court's previous determination that the defendant's early release would be inconsistent with the Sentencing Commission's policy statement and inconsistent with the need for the sentence to protect the public from further crimes of the defendant.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 78), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: March 23, 2022

Robert J. Conrad, Jr.
United States District Judge